Motion GRANTED. Hearing reset for 11/19/12 at 11:00 a.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00061 |
| | ) | ALETA A. TRAUGER |
| | ) | Judge, U.S. District Court |
| | ) | |
| JASON MICHAEL STOJAK | ) | |

## JASON MICHAEL STOJAK'S MOTION TO CONTINUE HIS SUPERVISED RELEASE REVOCATION HEARING

**COMES** now **JASON MICHAEL STOJAK**, through counsel, Assistant Federal Public Defender, Isaiah S. Gant and moves this Honorable Court to enter an order continuing the supervised release revocation hearing in this matter, presently scheduled to commence on Friday, July 27, 2012, at 10:30 a.m., to sometime after mid-November 2012, on a day and at a time compatible with the Court's calender. In support of the foregoing motion, it is respectfully represented to this Honorable Court the following:

1. On October 4, 2007, Mr. Stojak was sentenced to a period of sixty (60) months incarceration and five (5) years of supervised release by the Honorable Janis Graham Jack, U.S. District Judge, Southern District of Texas, following his conviction for conspiracy to possess with intent to distribute three hundred and three (303) kilograms of Marijuana.

2. Mr. Stojak's period of supervised release commenced on or about December 14, 2010; that term is scheduled to expires on or about December 13, 2015.

3. Jurisdiction of the matter was transferred to Middle District of Tennessee on or about March 21, 2011. The matter is now pending before this Court.

4. On February 23, 2012, Mr. Stojak was arrested for driving under the influence and violation of the Implied Consent Law. Thereafter, a 12B petition and Waiver of Hearing to Modify Conditions was signed by Mr. Stojak. The Probation Office