**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00061 |
| | ) | Judge Trauger |
| JASON MICHAEL STOJAK | ) | |
| | ) | |

**O R D E R**

The court is in receipt of a letter from Marla Stojak on January 2, 2013.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this

case.  The Clerk is further directed to furnish to the defendant and to counsel for all parties a

copy of both the letter and this Order.

It is so **ORDERED.**

ENTER this 7ᵗʰ day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge