DATE: June 12, 2014

REPLY TO
ATTN OF: Sr. USPO Lisa A. Capps

SUBJECT: **Stojak, Jason**
**Docket No. 3:11-00061-01**
<u>**RE: Request for Removal of Special Condition**</u>

TO: The Honorable Aleta A. Trauger
U.S. District Judge

<u>Court History:</u> On October 4, 2007, Mr. Stojak was sentenced in the Southern District of Texas by the Honorable Janis Graham Jack, U.S. District Judge, to 60 months' imprisonment to be followed by 5 years' supervised release. He began his term of supervised release on December 14, 2010. Jurisdiction was transferred to Your Honor on March 21, 2011.

On March 5, 2012, a 12B petition and a Waiver of Hearing to Modify Conditions, signed by Mr. Stojak, were submitted to the Court, reporting an arrest for DUI and violation of the Implied Consent Law on February 23, 2012, and requesting a modification of his conditions of supervised release. Said petition was signed by Your Honor on March 8, 2012, and Mr. Stojak was ordered to be on home detention for four months and to abstain from the use of alcohol and not possess or allow alcohol to be present on his person, in his residence, in his vehicle, or any area under his immediate control throughout the term of supervised release.

On March 29, 2012, a 12C petition was submitted to the Court alleging an arrest on March 17, 2012, for DUI, Reckless Driving, and violation of the no alcohol condition.

On October 31, 2012, a Supplemental petition was submitted to the Court alleging new arrests for DUI, Reckless Endangerment, Aggravated Domestic Assault, and Immediate Notice of an Accident, as well as, violation of the no alcohol condition and failure to attend drug treatment.

At a final revocation hearing on January 23, 2013, Mr. Stojak admitted the violations in the petition. Your Honor revoked Mr. Stojak's supervised release and sentenced him to 18 months' custody, followed by 18 months' supervised release, with the additional condition to participate in anger management classes. All other conditions of supervised release remained the same.

<u>Update:</u> Mr. Stojak was released from the Residential Recovery Center (RRC) on March 20, 2014, at which time his supervised release began. Mr. Stojak has a condition that requires him to maintain a curfew of 10 p.m. to 6 a.m. daily, throughout the period of his supervised release, which was originally ordered by the Court in the Southern District of Texas.

Stojak, Jason
Page 2

Mr. Stojak is currently employed with Appertain Corporation, Pulaski, Tennessee, working Monday through Saturday, 6:00 a.m. to 3:00 p.m. He lives in Lawrenceburg, Tennessee, with his fiancee and their 10 month old daughter. He is in Phase 8 for urine screens and has been referred to Centerstone in Columbia, Tennessee, for an intake assessment to determine whether he should participate in drug and/or mental health treatment. Mr. Stojak will also be referred for anger management classes in the near future.

It is the recommendation of the U.S. Probation Office that the curfew condition be removed.

__X__ Special condition requiring curfew shall be removed.

_____ Special condition requiring curfew shall NOT be removed.

Signed: _[signature]_    Date: 6/13/14
Honorable Aleta A. Trauger
U.S. District Judge