UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:11-cr-00061 |
| | ) | Judge Trauger |
| JASON MICHAEL STOJAK | ) | |

## MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through the undersigned attorney, and moves the Court to substitute Assistant United States Attorney (AUSA) Ben Schrader for AUSA Jimmie Lynn Ramsaur.

Respectfully submitted,

DAVID RIVERA
United States Attorney

By: *s/ Ben Schrader*
BEN SCHRADER
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system upon: Isaiah Gant.

*s/ Ben Schrader*
BEN SCHRADER
Assistant United States Attorney